No. 97–1639. SPRAGUE ET AL. *v.* GENERAL MOTORS CORP. C. A. 6th Cir. Motion of petitioners to suggest that the Court invite the Solicitor General to file a brief presenting the views of the United States denied. Certiorari denied.

No. 97–8951. GRIFFIN *v.* CLARK, WARDEN. C. A. 7th Cir. Certiorari before judgment denied.

No. 97–9033. VALDES *v.* UNITED STATES. C. A. 11th Cir. Certiorari before judgment denied.

No. 97–6864. SMITH *v.* O'BRIEN ET AL., 522 U. S. 1093;

No. 97–7384. IN RE DARDEN, 523 U. S. 1003;

No. 97–7485. BROWN *v.* FLORIDA, 523 U. S. 1026;

No. 97–7513. DECKER *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 523 U. S. 1026;

No. 97–7864. WILLIAMS *v.* CARLTON, WARDEN, 523 U. S. 1080;

No. 97–7914. GARCIA-ROSELL *v.* UNITED STATES, 523 U. S. 1032; and

No. 97–8060. ENOCH *v.* ILLINOIS, 523 U. S. 1084. Petitions for rehearing denied.

JUNE 9, 1998

No. 97–9455 (A–936). IN RE CARGILL. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Petition for writ of habeas corpus denied. JUSTICE STEVENS and JUSTICE BREYER would grant the application for stay of execution.

No. 97–9454 (A–935). CARGILL *v.* TURPIN, WARDEN. Sup. Ct. Ga. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE BREYER would grant the application for stay of execution.

JUNE 15, 1998

No. 97–14. MICHIGAN ET AL. *v.* UNITED STATES ET AL. C. A. 6th Cir. Certiorari granted, judgment vacated, and case re-